## CURTICE v. WHIPO.

Public securities, payable on demand, estimated at the time of the contract.

ACTION on note, dated 13th of May A. D. 1786 for £48 10s. 8d. in public securities, payable on demand. The defendant suffered a default, and upon a hearing in damages the court gave judgment for the value of the securities at the time of the contract, and set them at five shillings on the pound.

## BABBET v. BELDING.

Where the obligation is to return the securities on demand, or to pay for them on demand, makes no difference in the estimation of damages.

ACTION on a receipt or note in the words following, viz. July 3, 1790, received of      Belding $278 and 30-90ths in continental loan-office certificates, with the interest from the 31st of December A. D. 1787, and $128 in indents, which I promise to return on demand.

The defendant was defaulted, and upon a hearing in damages the court could not distinguish this from the common case of a note given for public securities; this is not a bailment, nor could an action of trover be sustained for the securities, but an action upon the promise contained in the writing.

Judgment for the value at the date of the contract, principal at eleven shillings and six pence, indents and interest at seven shillings on the pound.